NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0418

BLAISE BERNARD

VERSUS

CRYSTAL MIRE BERNARD

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 69257
HONORABLE RONALD D. COX, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.

AFFIRMED.

Jennifer Stuller Nehrbass
Attorney at Law
P. O. Drawer 4624
Lafayette, LA 70502-2025
(337) 232-2025
COUNSEL FOR PLAINTIFF/APPELLANT:
    Blaise Bernard

**George Robinson Knox**
**Blanchet & Knox**
**P. O. Box 3543**
**Lafayette, LA 70502-3543**
**(337) 264-9083**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Crystal Mire Bernard**